# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 11-131(2) SRN/AJB |
| Plaintiff, | |
| v. | **ORDER** |
| Esteban Penazola Martinez, | |
| Defendant. | |

Julie Allyn, Esq., and Thomas Hollenhorst, Esq., Assistant United States Attorneys, for the plaintiff, United States of America;

Andrea George, Esq., Assistant Federal Defender, for defendant Esteban Penazola Martinez.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated September 12, 2011, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

1. Defendant Esteban Penazola Martinez's Motion to Suppress Evidence Obtained as a Result of Search and Seizure is **denied** [Docket No. 57]; and

2. Defendant Esteban Penazola Martinez's Motion to Suppress Statements, Admissions and Answers is **denied** [Docket No. 58].

Dated: September 27, 2011

s/Susan Richard Nelson
Susan Richard Nelson
United States District Court Judge